

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2018

No. 04-17-00197-CV

Francisco **SANCHEZ**, Jr.,
Appellant

v.

**TEXAS A&M UNIVERSITY- SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06141
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On March 7, 2018, after the court reporter notified this court that Appellant had not paid for the record, we ordered Appellant to provide written proof to this court that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

Appellant timely filed a response. He asks this court to consider his appeal without a reporter's record, in part because the reporter's record "is of limited value to Appellant's points of error." *Cf.* TEX. R. APP. P. 34.6(b)(1) (appellant requests record).

In the University's reply to Appellant's response, the University states it "respectfully objects to [Appellant's] claim that the trial transcript is of limited value on appeal and asserts that the transcript is both necessary and adds value to this Court's review." However, the University did not state that it will request and pay for the reporter's record. *Cf. id.*

In Appellant's response to the University's reply, Appellant reiterated his assertion that the reporter's record was of limited value and again asked for his appeal to proceed without a reporter's record.

Appellant's request to submit this appeal without a reporter's record is GRANTED. Appellant's brief is due within THIRTY DAYS of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

_____

Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court